

# Court of Appeals
## Sixth Appellate District of Texas

JUDGMENT

Raymond Earl Rogers, Appellant

No. 06-20-00126-CR       v.

The State of Texas, Appellee

Appeal from the 19th District Court of McLennan County, Texas (Tr. Ct. No. 2018-1420-C1). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgments of the court below. Therefore, we modify the trial court's judgments by deleting the phrase "FIFTEEN (15) YEARS IN AN INSTITUTIONAL DIVISION, TDCJ" from the "Terms of Plea Bargain" section shown on each of Rogers's six judgments of conviction. We also modify the trial court's judgment convicting Rogers of indecency with a child to reflect that the correct statute of offense is Section 21.11. As modified, the judgments of the trial court are affirmed.

We note that the appellant, Raymond Earl Rogers, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 13, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk